1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| G.E. Capital Business Asset Funding Corporation of Connecticut,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KNZ 170 Grand Concourse Donut L.L.C.;<br>KNZ 149 Broadway Donuts, L.L.C.;<br>Imran Ali;<br>Myra Nuesa;<br>Wilson Nuesa;<br>Ramon Rosales;<br>Marilou Rosales;<br>Royland Tan; and<br>Consuela Tan,<br><br>　　　　Defendants. | No. CV 07-1854-PHX-JAT<br><br>**ORDER** |

　　　**IT IS ORDERED** that on February 4, 2008 at 10:45 a.m., Defendants shall appear and show cause why this case should not be remanded to state court for lack of Federal subject matter jurisdiction.

　　　Specifically,

> Unincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner. *Carden v. Arkoma Associates*, 494 U.S. 185 (1990). ... [L]imited liability companies are citizens of every state of which any member is a citizen.

*Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir.

1  2006).  In this case, Defendants have failed to alleged the citizenship of the two limited
2  liability company defendants sufficient to establish Federal subject matter jurisdiction.
3       Additionally, a corporation is a citizen of every state in which it is incorporated <u>and</u>
4  the state where it has its principal place of business.  *Industrial Tectonics v. Aero Alloy*, 912
5  F.2d 1090, 1092 (9th Cir. 1990) (citing 28 U.S.C. § 1332(c)).  In the Ninth Circuit, a
6  corporation's principal place of business is defined as the location where a majority of the
7  corporation's business activity takes place.  *Id.* at 1094.  Defendants have failed to allege a
8  principal place of business for Plaintiff sufficient to establish Federal subject matter
9  jurisdiction.
10       DATED this 8th day of January, 2008.

                                              James A. Teilborg
                                              United States District Judge