**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| G.E. Capital Business Asset Funding Corporation of Connecticut,<br><br>  Plaintiff,<br><br>vs.<br><br>KNZ 170 Grand Concourse Donut L.L.C.;<br>KNZ 149 Broadway Donuts, L.L.C.;<br>et al.,<br><br>  Defendants. | CV 07-1854-PHX-JAT<br><br>**ORDER** |

    Plaintiff GE Capital loaned both Defendant KNZ 149 and Defendant KNZ 170 money for equipment. Defendant Imran Ali guaranteed the payment of both loans and KNZ 149 guaranteed the payment of the loan to KNZ 170. KNZ 149 and KNZ 170 both defaulted on their loans and Mr. Ali and KNZ 149 defaulted on their guarantee obligations. GE Capital sued Defendants KNZ 149, KNZ 170, and Ali (the "Defaulting Defendants") and other guarantors (the "Non-defaulting Defendant") in state court. Plaintiff personally served the Defaulting Defendants with the complaint on August 29, 2007. On September 27, 2007, the Non-Defaulting Defendants removed the case to this district.

    After removal, Defendants had until October 4, 2007 to file their answer or responsive pleading. The Defaulting Defendants never answered or otherwise responded to the complaint. Plaintiff therefore filed its Application for Entry of Default and served it upon

the Defaulting Defendants. The Clerk of the Court filed an Entry of Default against the Defaulting Defendants on November 15, 2007. Plaintiff filed the pending motion for entry of default judgment (Doc. #18) on November 21, 2007. Defaulting Defendants have taken no action in this case since that time.

In its Proposed Judgment, Plaintiff seeks a total principal amount of over $2 million. But a review of the Complaint reveals that the total outstanding principal due on the two loans is $905,207.35.[1] Plaintiff may recover that amount from more than one party,[2] but it cannot recover more than that principal amount.

Plaintiff also asks for prejudgment interest at a 14% rate. Neither the motion for default judgment nor Mr. Meltz's declaration in support of the motion for default judgment cites a source (i.e., a section of the Notes or Security Agreements) for the 14% rate. The Court therefore, as a default, will award prejudgment interest at the applicable federal rate. Further, post-judgment interest on a judgment from federal court accrues interest at the rate provided by statute. 28 U.S.C. §1961(a) ("Such interest *shall* be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding.") (emphasis added).

Plaintiff filed a motion for attorneys' fees and costs with its motion for default judgment. Plaintiff seeks its total amount of attorneys fees. But one count and several defendants remain in the case. The Court therefore reviewed the time entries submitted by Plaintiff's counsel to determine which entries specifically relate to the requested default judgment. The Court will award attorneys' fees based on that determination. The Court will not award any costs at this time because it cannot determine which costs relate solely to the

---

[1] A default judgment cannot exceed in amount what a plaintiff demands in the complaint. Fed.R.Civ.P.54(c).

[2] KNZ 149, as borrower, and Mr. Ali, as guarantor, are both liable for the principal amount of the KNZ 149 loan. KNZ 170, as borrower, and KNZ 149 and Mr. Ali, as guarantors, are liable for the principal amount of the KNZ 170 loan.

Defaulting Defendants from the materials submitted.

Accordingly,

IT IS ORDERED GRANTING Plaintiff's Motion for Entry of Default Judgment Against KNZ 170 Grand Concourse Donut, LLC, KNZ 149 Broadway Donuts, LLC; and Imran Ali (Doc. #18).

AND, perceiving no just reason for delay, the Court FURTHER ORDERS:

a) Final Judgment for Plaintiff G.E. Capital Business Asset Funding Corp. of Connecticut against Defendants KNZ 149 Broadway Donuts, LLC, and Imran Ali in the principal amount of $427,701.81, with pre-judgment interest on that principal at the applicable federal rate from June 2, 2007 until the date of this Order and post-judgment interest at the applicable federal rate;[3]

b) Final Judgment for Plaintiff G.E. Capital Business Asset Funding Corp. of Connecticut against Defendants KNZ 149 Broadway Donuts, LLC, KNZ 170 Grand Concourse Donut, LLC, and Imran Ali in the principal amount of $477,505.54, with pre-judgment interest on that principal at the applicable federal rate from June 2, 2007 until the date of this Order and post-judgment interest at the applicable federal rate.

IT IS FURTHER ORDERED GRANTING Plaintiff's Application for Attorneys' Fees (Doc. #23) in the amount of $2,573.88 against Defaulting Defendants.

DATED this 4th day of June, 2008.

James A. Teilborg
United States District Judge

---

[3] 28 U.S.C. §1961(a) provides the applicable federal rate.

- 3 -